IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DELBERT WILLIAMS,

      Plaintiff,                        No.  2:11-cv-2093 GEB JFM (PC)

     vs.

WARDEN AT CALIFORNIA
MEDICAL FACILITY, et al.,

      Defendants.               <u>ORDER</u>

        This civil rights action was closed on November 2, 2011 following plaintiff's failure to pay the appropriate filing fee or to file an in forma pauperis affidavit.  On December 16, 2011, plaintiff filed a motion for extension of time and a motion for appointment of counsel. On December 22, 2011, plaintiff filed a second motion for appointment of counsel.  In support of his motions, plaintiff declares that he was unable to file and/or respond to court orders due to a medical emergency and, therefore, seeks additional time to pay the filing fee and/or submit an application to proceed in forma pauperis.  Plaintiff's motions will be denied. Plaintiff is advised that dismissal of this action was without prejudice to its refiling.  Plaintiff is further advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

/////

1

1       Accordingly, IT IS HEREBY ORDERED that the December 16, 2011 and December 22, 2011 motions are denied.

DATED: December 30, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

/014;will2093.58